# Order

May 29, 2015

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150725(215)(216)

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
        Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
        Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
        Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
        Defendant.
_____/

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the motions of plaintiff-appellee for leave to file replies to the answers filed by defendants-appellants and amice curiae McLaren Healthcare Corporations and Tenet Healthcare in response to the consolidated motion for disclosure are GRANTED. The replies submitted on May 18, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2015

